1
2
3                    UNITED STATES DISTRICT COURT
4                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES,**<br><br>                    Plaintiffs,<br><br>  v.<br><br>**ANTIQUE ROW CAFÉ OF EL CAJON; MARIO LOPEZ (Trustee/Conservator); YUAI ELAIN LOPEZ (Trustee/Conservator); THE MARIO & YUAI LOPEZ FAMILY TRUST;** And **DOES 1 THROUGH 10,** Inclusive<br><br>                    Defendants. | Case No.: 06cv2592 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

  **IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv2792 W (RBB).  Additionally, Plaintiffs Complaint is hereby dismissed with prejudice in its entirety.

  Further, Defendants MARIO LOPEZ (Trustee/Conservator); YUAI ELAIN LOPEZ (Trustee/Conservator); and THE MARIO & YUAI LOPEZ FAMILY TRUST request that their Cross Claim against STEVEN ASARO; DEBORAH ASARO; and THE ANTIQUE ROW CAFÉ OF EL CAJON be dismissed in its entirety <u>without</u> prejudice.

  **IT IS SO ORDERED.**

DATED: February 28, 2007

_____
Hon. Thomas J. Whelan
United States District Judge